ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 FEB -4 AM 10:00

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: SARALAND, LLLP,     *
                               *     Case No. 314-129
     Debtor.           *     (Bankr. Case No. 12-30113)

# O R D E R

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE